IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKELLE NEAL TAYLOR,

    Petitioner,       No. CIV S-05-0788 MCE GGH P

    vs.

TOM CAREY,

    Respondent.       <u>ORDER</u>

_____/

    On November 7, 2005, the parties filed a joint scheduling statement. After reviewing the statement, the court ORDERS that within fifteen days of the date of this order, petitioner shall file an amended petition and motion to hold this action in abeyance pending further exhaustion; respondent's response to this motion is due twenty-one days thereafter; petitioner may file a reply within seven days thereafter; the court will schedule oral argument if it is deemed necessary.

DATED: 11/21/05

    /s/ Gregory G. Hollows

    UNITED STATES MAGISTRATE JUDGE

ggh:kj
tay788.sch

1