1 Timothy E. Warriner (SB#166128)
Attorney at Law
2 1725 Capitol Ave.
Sacramento, CA 95814
3 (916) 443-7141
FAX: (916) 448-5346
4
Attorney for Petitioner,
5 MARKELLE NEAL TAYLOR

6

7 IN THE UNITED STATES DISTRICT COURT FOR THE

8 EASTERN DISTRICT OF CALIFORNIA

9
MARKELLE NEAL TAYLOR,            )    No. Civ. S-05-0788 MCE GGH P
10                               )
         Petitioner,             )    STIPULATION AND ORDER RE
11                               )    FILING OF AMENDED PETITION
     v.                          )    AND MOTION TO HOLD ACTION
12                               )    IN ABEYANCE
TOM CAREY,                       )
13                               )
         Respondent.             )
14 _____ )

15 The parties hereby stipulate to the following:

16 1.   On November 21, 2005 the court ordered petitioner to file an amended petition and

17      motion to hold action in abeyance pending further exhaustion within 15 days.

18 2.   Due to unforeseen delays in scheduling an attorney-client visit at the prison, counsel for

19      petitioner is in need of an additional week in which to file the amended petition and

20      motion.  Therefore, both parties agree to a modification of the order, permitting said

21      matters to be filed on or by **December 13, 2005.**  Any response to the motion by

22      respondent will be due twenty-one days after the motion is filed; petitioner may file a

23      reply within seven days thereafter.

24 DATED: December 6, 2005           /s/ Tim Warriner, counsel for petitioner

25

26 DATED: December 6, 2005           /s/ Jesse Witt, Deputy Attorney General, for the
                                     respondent
27

28

1  ORDER

2      IT IS HEREBY ORDERED, based upon the stipulation of the parties, that an amended
3  petition and motion to hold action in abeyance pending exhaustion shall be filed on or by
4  December 13, 2005.  Any response to said motion shall be due twenty-one days after the motion
5  is filed, and petitioner may file a reply within seven days thereafter.  The court will schedule oral
6  argument if it is deemed necessary.

7  Dated: 12/12/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

tay788.stip