1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346
4  tew@warrinerlaw.com

5  Attorney for Petitioner,
   MARKELLE NEAL TAYLOR

6

7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
                         EASTERN DISTRICT OF CALIFORNIA
9

10  MARKELLE NEAL TAYLOR,              )      No. Civ. S-05-0788 MCE GGH P
                                       )
11            Petitioner,              )      STIPULATION AND
                                       )      ORDER CONCERNING DEADLINE
12       v.                            )      FOR FILING TRAVERSE AND POINTS
                                       )      AND AUTHORITIES
13  TOM CAREY,                         )
                                       )
14            Respondent.              )
    _____)

15

16        The parties through their respective counsel stipulate that the deadline for petitioner to

17  file a traverse and points and authorities be set for **August 28, 2007.**  This deadline is requested

18  in light of the length of the respondent's response (60+ pages), the complexity of this case, and in

19  consideration of counsel for petitioner's upcoming trials and deadlines in other cases.

20
    DATED: May 30, 2007              /s/ Tim Warriner, Attorney for Petitioner,
21                                   MARKELLE NEAL TAYLOR

22
    DATED: May 30, 2007               /s/ Jesse Noel Witt, Deputy Attorney General,
23                                    Attorney for Respondent

24

25

26

27

28

1

<u>ORDER</u>

2      GOOD CAUSE APPEARING, it is hereby ordered that counsel for petitioner shall file a

3 traverse and points and authorities by August 28, 2007.

4

5 DATED: 6/11/07

6                                        /s/ Gregory G. Hollows

7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

tay788.eot

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1