IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKELLE NEAL TAYLOR,

     Petitioner,                    No. CIV S-05-0788 MCE GGH P

    vs.

TOM CAREY, et al.,

     Respondents.            <u>ORDER</u>

_____/

        Petitioner is state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 28, 2007, petitioner filed an unopposed second request for a sixty day extension of time to file a reply to respondent's answer.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner's reply is due on or before October 27, 2007.

DATED:  9/5/07

                                /s/ Gregory G. Hollows

                                UNITED STATES MAGISTRATE JUDGE

tay788.eot(2)