1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARKELLE NEAL TAYLOR,

11              Petitioner,                  No. CIV S-05-0788 MCE GGH P

12        vs.

13   TOM CAREY, et al.,

14              Respondent.               ORDER

15   _____/

16              On October 27, 2007, petitioner filed a motion for discovery.  IT IS HEREBY

17   ORDERED that within twenty days of the date of this order, respondent shall file a response to

18   this motion; petitioner may file a reply within ten days thereafter.

19   DATED: 11/8/07

20                                        /s/ Gregory G. Hollows

21                                        _____
                                          UNITED STATES MAGISTRATE JUDGE

22

23   tay788.ord

24

25

26

                                          1