1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARKELLE NEAL TAYLOR,

11              Petitioner,              No. CIV S-05-0788 MCE GGH P

12        vs.

13   TOM CAREY,

14              Respondent.             ORDER

15   _____/

16              Petitioner has requested an extension of time to file a reply to respondent's

17   opposition to his motion for discovery.  Good cause appearing, IT IS HEREBY ORDERED that

18   petitioner's reply to respondent's opposition is due on or before December 21, 2007.

19   DATED: 12/18/07

20                                      /s/ Gregory G. Hollows
                                        _____

21                                      UNITED STATES MAGISTRATE JUDGE

22   tay788.eot

23

24

25

26

                                        1