IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKELLE NEAL TAYLOR,

    Petitioner,               No. CIV S 05-0788 MCE GGH P

    vs.

TOM CAREY,

    Respondent.             <u>ORDER</u>

_____/

        On December 29, 2007, petitioner filed his second request for an extension of time to file a reply to respondent's opposition to his motion for discovery.  Pursuant to the court's order of December 18, 2007, petitioner's reply was due on December 21, 2007.  Good cause appearing, petitioner's reply is granted and the reply is deemed timely filed.

        IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time is granted; and

        2. Petitioner's reply filed December 29, 2007, is deemed timely filed.

DATED: 01/09/08

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
GGH:cm                               UNITED STATES MAGISTRATE JUDGE
tayl0788.111sec