IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKELLE NEAL TAYLOR,

    Petitioner,               No. CIV S-05-0788 MCE GGH P

   vs.

TOM CAREY, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file objections to the findings and recommendations filed August 7, 2008.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner's August 26, 2008, request for extension of time is granted, in part; petitioner's objections are due on or before September 22, 2008.

DATED: 09/05/08

                                  /s/ Gregory G. Hollows
                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

tay788.eot